**LARRICK STAPLETON**
Attorney at Law
50 Rittenhouse Place
Ardmore, PA 19003-2276
Tel: (610) 649-8200   Fax: (610) 649-8362
Larrick.St@Verizon.net

November 26, 2007

Ronald P. Golden, III, Esq.
Courtroom Deputy to Hon.
  Leonard P. Stark
United States District Court
Clerk's Office – Lockbox 18
844 King Street
Wilmington, DE 19801



Re: United States v.
     John W. Steed
     Cr. No. 07-235-M

Dear Mr. Golden:

    This is to confirm that I will accept the appointment to represent the above defendant and will appear at the hearing scheduled at 2:00 p/m. on Wednesday, November 28, 2007.

    As I noted, I am engaged until Wednesday and may not have a chance to interview the client prior to the hearing but will appear in Court at the scheduled detention hearing.

    Please let me know if you need anything else to confirm my acceptance of representation in this matter.

Yours truly,

Larrick Stapleton