## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal Action No. 07-235-M |
| ) | |
| JOHN W. STEED, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO DISMISS COMPLAINT AND CASE WITHOUT PREJUDICE

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the instant Complaint and case without prejudice, due to the fact that the State of Delaware has filed charges against the defendant arising out of the same conduct charged in the Complaint.

COLM F. CONNOLLY
United States Attorney

By:  /s/ Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney

Dated:   December 21, 2007

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Leonard P. Stark
United States Magistrate Judge